# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ALBERT D. TANNER,**

    **Petitioner,**

    v.                                   Case No. 2:05-cv-00076
                                                  JUDGE GRAHAM
**JEFFERY WOLFE, Warden,**             Magistrate Judge KING

    **Respondent.**

## OPINION AND ORDER

On August 15, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that respondent's request for a stay of proceedings be granted. Doc. No. 18. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. Respondent's request for a stay of proceedings while petitioner exhausts state court remedies is **GRANTED**. Petitioner be directed to advise this Court every ninety (90) days of the status of state court proceedings. Additionally, he must advise the Court within thirty (30) days of completion of state court action. Failure to comply with the foregoing may result in dismissal of this action.

    **IT IS SO ORDERED**.

                                                          s/James L. Graham
                                                           JAMES L. GRAHAM
                                                           United States District Judge

DATE: September 7, 2005